NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**PROFECTUS TECHNOLOGY LLC,**
*Plaintiff - Appellant*

v.

**HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA, INC., HUAWEI DEVICE USA, INC., FUTUREWEI TECHNOLOGIES, INC., DELL INC., APPLE INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG ELECTRONICS AMERICA, INC., MOTOROLA MOBILITY LLC, HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,**
*Defendants - Appellees*

---

15-1016

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:11-cv-00474-MHS United States District Judge Michael H. Schneider

---

ON MOTION

<u>O R D E R</u>

Upon consideration of the appellee, Apple Inc., Hewlett-Packard Development Company, L.P. , Samsung Electronics America, Inc., Dell Inc., Samsung Telecommunications America, LLC, Hewlett-Packard Company , and Motorola Mobility LLC's unopposed motion to extend time to file appellee principal brief until May 19, 2015,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

February 18, 2015        /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court

cc: Brittany Blueitt Amadi
Nickolas Bohl
Louis Brucculeri
Ahmed Jamal Davis
Margaret Elizabeth Day
Lauren B. Fletcher
Roger Fulghum
John Stephen Goetz
Bryan Guy Harrison
Michael Hawes
William F. Lee

Kurt A. Mathas
Michael J. McKeon
Tammy Pennington Rhodes
Ivan Michael Poullaos
Jonathan E. Retsky
Steven Edward Ross
Thomas C. Wright
Kevin M. Yurkerwich